# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>             Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>             Defendants. | No. CV-25-01671-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the Parties' Stipulation to Extend Deadline for Response to Complaint or Alternatively, for Plaintiff to File Amended Complaint (Doc. 8) and good cause appearing,

**IT IS HEREBY ORDERED** granting the extension up to and including **July 11, 2025** to file an amended complaint, or alternatively, a response to the complaint should the parties determine that no amended complaint will be filed.

Dated this 16th day of June, 2025.

*/s/ Susan M. Brnovich*
Honorable Susan M. Brnovich
United States District Judge