Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,<br><br>　　　　Defendants. | Case No.: CV-25-01671-PHX-SMB<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF WITH CONSENT**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Pursuant to Rule 83.3(b)(1) of the Local Rules of Civil Procedure, attorneys Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC (collectively, "Substituting Counsel") hereby apply to substitute in for Martin A. Biehn and the law firm Biehn & McDaniel, P.L.C. (collectively, "Current Counsel") as Plaintiff's counsel of record in this action, in accordance with the [Proposed] Order attached hereto and the signature of Plaintiff below:

I, Tyrone Ross, by my signature below, hereby consent to the substitution of Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC in place of Martin A. Biehn and the law firm Biehn & McDaniel, P.L.C. as my counsel of record in this action.

DATE: Oct 17, 2025　　　　　　
　　　　　　　　　　　　　　　Tyrone Ross (Oct 17, 2025 14:27:54 PDT)
　　　　　　　　　　　　　　　Tyrone Ross

Plaintiff's name, last known residence, and last known telephone number are:

Tyrone Ross
1100 N Priest Dr., Apt #1139
Chandler AZ 85226
(615) 983-1564

**RESPECTFULLY SUBMITTED** this 17th day of October 2025.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Justin S. Pierce
Justin@PierceColeman.com
Alexandra N. Cayton
Alex@PierceColeman.com
**PIERCE COLEMAN PLLC**
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
(602) 772-5506
*Attorneys for Defendants*

Martin A. Bihn
mbihn@phxlegal.com
**BIHN & MCDANIEL, P.L.C.**
2600 N Central Ave., Ste. 1775
Phoenix, AZ 85004
(602) 248-9779
*Attorneys for Plaintiff*

    */s/ Ben Dangerfield*