Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,<br><br>    Defendants. | Case No.: CV-25-01671-PHX-SMB<br><br>**[PROPOSED] ORDER OF SUBSTITUTION**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

THE COURT, having reviewed the "Application for Substitution of Counsel for Plaintiff With Consent" (the "Application for Substitution"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Application for Substitution.

**IT IS FURTHER ORDERED** that attorneys Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC are hereby substituted in for Martin A. Biehn and the law firm Biehn & McDaniel, P.L.C. as Plaintiff's attorneys of record in this action.