# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross, | No. CV-25-01671-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Community College District, et al., | |
| Defendants. | |

The Court having reviewed the Application for Substitution of Counsel for Plaintiff with Consent (Doc. 17) and good cause appearing,

**IT IS ORDERED** granting the Application.

**IT IS FURTHER ORDERED** that attorneys Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC are hereby substituted in for Martin A. Biehn and the law firm Biehn & McDaniel, P.L.C. as Plaintiff's attorneys of record in this action.

Dated this 20th day of October, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge