Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,<br><br>    Defendants. | Case No.: CV-25-01671-PHX-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

    Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Tyrone Ross hereby gives notice that this same day he served his Initial Disclosure Statement and accompanying documents upon Defendants via email to their counsel of record.

    **RESPECTFULLY SUBMITTED** this 24th day of November 2025.

                                 **MILLS + WOODS LAW, PLLC**


                              By   */s/ Sean A. Woods*
                                    Robert T. Mills
                                    Sean A. Woods
                                    5055 N 12th Street, Suite 101
                                    Phoenix, AZ 85014
                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Justin S. Pierce
Justin@PierceColeman.com
Alexandra N. Cayton
Alex@PierceColeman.com
**PIERCE COLEMAN PLLC**
admin@piercecoleman.com
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
(602) 772-5506
*Attorneys for Defendants*

　　　*/s/ Ben Dangerfield*