Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>                Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,<br><br>                Defendants. | Case No.: CV-25-01671-PHX-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Tyrone Ross hereby gives notice that this same day he served his First Sets of Requests for Production and Interrogatories upon Defendants via email to their counsel of record.

**RESPECTFULLY SUBMITTED** this 3rd day of February 2026.

                               **MILLS + WOODS LAW, PLLC**

                               By  */s/ Sean A. Woods*
                                   Robert T. Mills
                                   Sean A. Woods
                                   5055 N 12th Street, Suite 101
                                   Phoenix, AZ 85014
                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Justin S. Pierce
Justin@PierceColeman.com
Alexandra N. Cayton
Alex@PierceColeman.com
**PIERCE COLEMAN PLLC**
admin@piercecoleman.com
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
(602) 772-5506
*Attorneys for Defendants*

　　　　*/s/ Ben Dangerfield*

2