Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>             Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,<br><br>             Defendants. | Case No: 2:25-CV-01671-PHX-SMB<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

Defendant Maricopa County Community College District hereby gives notice that the following discovery responses were served on Plaintiff's counsel via email on March 5, 2026[1]:

1. Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents; and
2. Defendant's Responses to Plaintiff's First Set of Interrogatories.

---

[1] Brent Cooper and Mark Woehl are named in their official capacities only; thus, the District is the only Defendant in this matter. *See Will v. Mich. Dep't of State Police*, 491 U.S. 58, 89 (1989) (noting that an official-capacity lawsuit " 'generally represent[s] only another way of pleading an action against an entity of which an officer is an agent.'"); *Sanchez v. Maricopa Cnty.*, 572 P.3d 101, 110 (Ariz. 2025) ("A suit against a state official in his or her official capacity is not a suit against the official….").

1

RESPECTFULLY SUBMITTED this 5th day of March, 2026.

**PIERCE COLEMAN PLLC**

By /s/ *Alexandra N. Cayton*
Justin S. Pierce
Alexandra N. Cayton
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrant:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW PLLC**
swoods@millsandwoods.com

By: /s/ *Mary Walker*