Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,<br><br>　　　　　Defendants. | Case No: 2:25-CV-01671-PHX-SMB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

　　　Defendant Maricopa County Community College District hereby gives notice that it served Defendant's First Set of Requests for Production of Documents on Plaintiff's counsel via email on April 3, 2026.

　　　RESPECTFULLY SUBMITTED this 3rd day of April, 2026.

　　　　　　　　　　　　　　　　　**PIERCE COLEMAN PLLC**

　　　　　　　　　　　　　　　　　By /s/ *Alexandra N. Cayton*
　　　　　　　　　　　　　　　　　　　Justin S. Pierce
　　　　　　　　　　　　　　　　　　　Alexandra N. Cayton
　　　　　　　　　　　　　　　　　　　17851 North 85th Street, Suite 175
　　　　　　　　　　　　　　　　　　　Scottsdale, Arizona 85255
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrant:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW PLLC**
swoods@millsandwoods.com

By:  /s/ *Mary Walker*

2