Case 2:25-cv-01671-SMB  Document 25  Filed 04/13/26  Page 1 of 2

Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross, | Case No: CV-25-01671-PHX-SMB |
| Plaintiff, | |
| v. | |
| Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Woehl, | **JOINT REPORT OF GOOD FAITH SETTLEMENT TALKS** |
| Defendants. | |

In accordance with this Court's Case Management Order (Doc. 15), the parties met via the Microsoft Teams platform on April 8, 2026, and engaged in good-faith settlement talks. The parties and their lawyers were present. Each side attempted to reach a

1

settlement.  The parties were unsuccessful in reaching a resolution.  The parties do not believe a settlement conference or other assistance by the Court will be helpful in reaching a resolution at this time.

RESPECTFULLY SUBMITTED this 13th day of April 2026.

**PIERCE COLEMAN PLLC**

By /s/ *Justin S. Pierce*
    Justin S. Pierce
    Alexandra N. Cayton
    17851 North 85th Street, Suite 175
    Scottsdale, AZ 85255
    *Attorneys for Defendant*

**MILLS + WOODS LAW, PLLC**

By /s/ *Sean A. Woods (with permission)*
    Sean A. Woods
    Robert T. Mills
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
*Attorney for Plaintiff*

By: /s/ *Mary Walker*