Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross, <br><br> Plaintiff, <br><br> vs. <br><br> Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl, <br><br> Defendants. | Case No.: CV-25-01671-PHX-SMB <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** <br><br> (Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Tyrone Ross hereby gives notice that this same day he served his Second Supplemental Disclosure Statement and his Response to Maricopa County Community College District's First Set of Requests for Production upon Defendants via email to their counsel of record.

**RESPECTFULLY SUBMITTED** this 21st day of May 2026.

**MILLS + WOODS LAW, PLLC**

By /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Justin S. Pierce
Justin@PierceColeman.com
Alexandra N. Cayton
Alex@PierceColeman.com
**PIERCE COLEMAN PLLC**
admin@piercecoleman.com
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
(602) 772-5506
*Attorneys for Defendants*


    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556