# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>        Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>        Defendants. | No. CV-25-01671-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the Parties' Stipulation to Extend Fact Discovery Deadline (Doc. 28) solely for the purpose of completing Plaintiff's deposition and good cause appearing,

**IT IS HEREBY ORDERED** granting the 13-day extension, up to and including **June 11, 2026** to complete Plaintiff's deposition.

Dated this 26th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge