Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Tyrone Ross,

     Plaintiff,

v.

Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,

     Defendants.

Case No: 2:25-CV-01671-PHX-SMB

***AMENDED* NOTICE OF DEPOSITION OF TYRONE ROSS**

**TO THE PLAINTIFF AND HIS ATTORNEYS:**

YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rules Civil Procedure 30, the deposition will be taken upon oral examination of the person stated below at the time and place stated below before an officer authorized by law to administer oaths and will be recorded by audio, video, and stenographic means, at which time and place you are hereby notified to appear and to take part in such examination as you may see fit. ***Revisions are bolded and italicized.***

     PERSON TO BE EXAMINED:   Tyrone Ross

     DATE OF DEPOSITION:   ***June 11, 2026***

     TIME OF DEPOSITION:   9:00 a.m.

1

PLACE OF DEPOSITION:    2812 North Norwalk, Suite 107
Mesa, Arizona 85215

RESPECTFULLY SUBMITTED this 26th day of May, 2026.

**PIERCE COLEMAN PLLC**

By /s/ *Justin S. Pierce*
Justin S. Pierce
Alexandra N. Cayton
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrant:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW PLLC**
swoods@millsandwoods.com


By: /s/ *Jennifer Zapor*

2