Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>   Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,<br><br>   Defendants. | Case No: 2:25-CV-01671-PHX-SMB<br><br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant Maricopa County Community College District hereby gives notice that it served its First Supplemental Disclosure Statement on Plaintiff's counsel via email on May 28, 2026.

RESPECTFULLY SUBMITTED this 28th day of May, 2026.

**PIERCE COLEMAN PLLC**

By /s/ *Alexandra N. Cayton*
 Justin S. Pierce
 Alexandra N. Cayton
 17851 North 85th Street, Suite 175
 Scottsdale, Arizona 85255
 *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrant:

Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
swoods@millsandwoods.com
*Attorneys for Plaintiff*


By:  /s/ Jennifer Zapor