Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Fax (602) 772-5509
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendants*

Sean A. Woods (State Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Tyrone Ross,

Plaintiff,

v.

Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,

Defendants.

Case No.: 2:25-CV-01671-PHX-SMB

**JOINT MOTION TO VACATE TRIAL SETTING CONFERENCE**

The parties jointly request that the Court vacate the September 21, 2026 trial scheduling conference. On September 4, 2025, this Court issued a Case Management Order. [Doc. 15] On August 27, 2026, Defendants filed their Motion for Summary Judgment (the "Motion") [Doc. 32] and Statement of Facts [Doc. 33]. On September 3, 2026, the Court reset the trial setting conference to September 21, 2026. [Doc. 34]

///

The parties believe that, given the pending Motion, proceeding with the trial scheduling conference would be premature. Therefore, the parties request that the Court vacate the September 21, 2026 trial scheduling conference pending resolution of the summary judgment briefing. This request is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 3rd day of September, 2026.

**PIERCE COLEMAN PLLC**

By /s/*Alexandra N. Cayton*
Justin S. Pierce
Alexandra N. Cayton
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
*Attorneys for Defendants*

**MILLS + WOODS LAW, PLLC**

By /s/ *Sean A. Woods* (w/permission)
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026 I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Tel: 480.999.4556
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorney for Plaintiff*

By: */s/ Stephennie S. Stuart*