*Tyrone Ross*
*v.*
*Maricopa County Community College District, et al.*
Case No. 2:25-CV-01671-PHX-SMB

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Ross,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, an Arizona public entity; Brent Cooper; Mark Woehl,<br><br>Defendants. | Case No.: 2:25-CV-01671-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE TRIAL SCHEDULING CONFERENCE** |

The Court having reviewed the parties' Motion to Vacate Trial Scheduling Conference (the "Motion") (Doc. 35) and good cause appearing,

**IT IS ORDERED** that the Motion is granted, and the September 21, 2026 trial scheduling conference is vacated pending the Court's ruling on Defendants' Motion for Summary Judgment [Doc. 32].