**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Tyrone Ross,

Plaintiff,

v.

Maricopa County Community College District, et al.,

Defendants.

No. CV-25-01671-PHX-SMB

**ORDER**

The Court having reviewed the parties' Motion to Vacate Trial Scheduling Conference (the "Motion") (Doc. 35),

**IT IS ORDERED** that the Motion is **denied**.

Dated this 4th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge