Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Tyrone Ross,

Plaintiff,

vs.

Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,

Defendants.

Case No.: CV-25-01671-PHX-SMB

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(First Request)

(Assigned to the Honorable Susan M. Brnovich)

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Tyrone Ross ("Plaintiff") and Defendants Maricopa County Community College District, Brent Cooper, and Mark Wohl (collectively, "Defendants") hereby jointly stipulate, agree, and respectfully request, that the time for Plaintiff to file his Response to Defendants' Motion for Summary Judgment, ECF No. 32, be extended until up to and including October 12, 2026.

Good cause supports such an extension, as Plaintiff's counsel has several other big deadlines that cannot be extended in other matters falling on or about the Response's current due date. Moreover, at the present time counsel currently devotes a substantial

amount of time to attending to and caring for his wife, who received a serious medical diagnosis a few months ago.

Given the circumstances, the parties respectfully submit that the time for Plaintiff to file his Response to Defendants' Motion for Summary Judgment should be extended for an additional two weeks, or until no later than October 12, 2026.

**RESPECTFULLY SUBMITTED** this 28th day of September 2026.

**MILLS + WOODS LAW, PLLC**

By *_/s/ Sean A. Woods_*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**PIERCE COLEMAN PLLC**

By *_/s/ Justin S. Pierce (w/ permission)_*
Justin S. Pierce
Alexandra N. Cayton
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
*Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Justin S. Pierce
Justin@PierceColeman.com
Alexandra N. Cayton
Alex@PierceColeman.com
**PIERCE COLEMAN PLLC**
admin@piercecoleman.com
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
(602) 772-5506
*Attorneys for Defendants*

*/s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556