MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Tyrone Ross,

Plaintiff,

vs.

Maricopa County Community College District, an Arizona public entity; Brent Cooper and Mark Wohl,

Defendants.

Case No.: CV-25-01671-PHX-SMB

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(Assigned to the Honorable Susan M. Brnovich)

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to Respond to Defendants' Motion for Summary Judgment" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than October 12, 2026, within which to file his Response to Defendants' Motion for Summary Judgment, ECF No. 32.