**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Tyrone Ross,

Plaintiff,

v.

Maricopa County Community College District, et al.,

Defendants.

No. CV-25-01671-PHX-SMB

**ORDER**

The Court having reviewed the parties' Stipulation for Extension of Time to Respond to Defendants' Motion for Summary Judgment (Doc. 39) and good cause appearing,

**IT IS ORDERED** that Plaintiff shall have until no later than **October 13 , 2026** within which to file his Response to Defendants' Motion for Summary Judgment (Doc. 32).

Dated this 1st day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge